UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.              Case No.  07-cr-87-01-SM

James  Clark

O R D E R

Defendant Clark's motion to continue the final pretrial conference and trial is granted  (document  8).   Trial has been rescheduled for the  October  2007 trial period.   Defendant Clark shall file a waiver of speedy trial rights not later than June 11, 2007.   On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**  September 28, 2007 at 3:00 p.m.

**Jury Selection**:  October 10, 2007 at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

May 29, 2007

cc:  Jonathan Saxe, Esq.
     Robert Kinsella, AUSA
     US Probation
     US Marshal